JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 614 -- In re Titan II Missile Explosion at Damascus, Arkansas on September 19, 1980

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/08/06 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS, CERT. OF SERVICE -- Martin Marietta Corp. and Fairchild Industries, Inc. -- SUGGESTED TRANSFEREE DISTRICT: EASTERN DISTRICT OF ARKANSAS; SUGGESTED TRANSFEREE JUDGE: ? |
| 84/08/09 | | AMENDED CERTIFICATE OF SERVICE -- attached to pldg. #1 (cds) |
| 84/08/10 | | EXHIBIT 6 -- attached to pleading #1 (cds) |
| 84/08/16 | | APPEARANCES -- Edward P. Fahey, Esq. for Fairchild Industries, Inc. Jack Hebdon, Esq. for Hydroyme, Div. of F.P.I., Inc., and the Garrett Corp. Donald H. Bacon, Esq. for Thiokol Chemical Corp. Martin E. Rose, Esq. for Federal Mongul Corp. (rew) |
| 84/08/17 | | APPEARANCE: RICHARD C. COYLE, ESQ. for The Garrett Corp. (cds) |
| 84/08/20 | 2 | RESPONSE, BRIEF -- Federal-Mogul -- w/cert. of service (cds) |
| 84/08/20 | | APPEARANCES (AMENDED): EDWARD P. FAHEY, ESQ. for Fairchild Industries, Inc. F.S. Division of Fairchild Industries and Fairchild Stratos; JAMES FITZSIMONS, ESQ. for Martin Marietta Corp. (cds) |
| 84/08/21 | 3 | JOINDER IN MOTION -- Thiokol Chemical Corp. -- w/cert. of service (cds) |
| 84/08/22 | 4 | RESPONSE/BRIEF -- deft. The Garrett Corp. -- w/cert. of service (rh) |
| 84/08/22 | | AMENDED NOTICE OF APPEARANCE: LARRY D. THOMPSON, ESQ. FOR Ralph M. Parsons Co. (cds) |
| 84/08/22 | 5 | RESPONSE -- Ralph M. Parsons Co., Inc. -- w/cert. of service (cds) |
| 84/-8/23 | | AMENDED CERT. OF SERVICE -- Federal-Mogul (attached to Pldg 2)(cds) |
| 84/08/24 | | APPEARANCE: WM. R. WILSON, JR., P.A. for plaintiffs Huckle, Kennedy, Devlin and Livingston (cds) |
| 84/08/24 | | AMENDEC CERT. OF SERVICE -- Thiokol Chemical Corp. -- attached to pldg. 3 (cds) |
| 84/09/21 | | HEARING ORDER -- setting motion to transfer A-1 thru A-5 for Panel Hearing in Galveston, Texas on October 23, 1984 (rh) |
| 84/10/04 | | ORDER DEEMING MOTION WITHDRAWN AND VACATING THE OCTOBER 23, 1984 HEARING -- Notified involved clerks, judges and counsel (ds) |

84/10/09  6   LETTER -- Federal-Mogul (signed by Martin Rose) -- w/svc.
(emh)

JPML Form 1

Revised: 8/78

DOCKET NO. 614 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Titan II Missile Explosion at Damascus, Arkansas on September 19, 1980

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/4/84 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: 10/4/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 614 -- In re Titan II Missile Explosion at Damascus, Arkansas, on September 19, 1980

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | John Patrick Tallman, Jr. v. Martin Marietta Corporation, et al. | W.D.Tex. Sessions | SA-82-CA-617 | | | | |
| A-2 | Rex W. Hukle, et al. v. Martin Marietta Corporation, et al. | E.D.Ark. Howard | LR-C-80-525 | | | | |
| A-3 | John Gregory Develin, et al. v. Martin Marietta Corporation, et al. | E.D.Ark. Howard | LR-C-80-526 | | | | |
| A-4 | Donald R. Livingston, etc. v. Martin Marietta Corporation, et al. | E.D.Ark. Howard | LR-C-81-101 | | | | |
| A-5 | Jeffrey K. Kennedy, et al. v. Martin Marietta Corporation, et al. | E.D.Ark. Howard | LR-C-81-726 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 614 -- In re Titan II Missile Explosion at Damascus, Arkansas on September 19, 1980

---

JOHN PATRICK TALLMAN, JR.  (A-1)
(No Appearance Received)
George LeGrand, Esquire
Law Offices of Pat Maloney, P.C.
239 East Commerce Street
San Antonio, Texas   78205

REX W. HUKLE, ET AL. (A-2)
JOHN GREGORY DEVELIN, ET AL. (A-3)
DONALD R. LIVINGSTON, ETC. (A-4)
JEFFREY K. KENNEDY, ET AL. (A-5)

William R. Wilson, Jr., Esquire
P.O. Box 71
Little Rock, Arkansas   72203


THE GARRETT CORPORATION
Richard C. Coyle, Esq.
Perkins, Coie, Stone, Olsen & Williams
1900 Washington Building
Seattle, Washington   98101

---

FAIRCHILD STRATOS
FAIRCHILD INDUSTRIES, INC.
F.S. DIV. OF FAIRCHILD INC., INC.
Edward P. Fahey, Esquire
Groce Locke & Hebdon
2000 Frost Bank Tower
San Antonio, Texas   78205

ARROWHEAD PRODUCTS, DIV. OF FEDERAL
  MONGUL CORP., A/K/A VISIREX, INC.
Martin E. Rose, Esquire
Kern & Wooley
320 Decker Drive
Suite 189
Irving, Texas   75062

THIOKOL CHEMICAL CORPORATION
Donald H. Bacon, Esquire
Friday, Eldredge & Clark
2000 First Commercial Building
Little Rock, Arkansas   72201


HYDROYME, DIV. OF F.P.I., INC.



RALPH M. PARSONS CO.
Larry D. Thompson, Esq.
Lorance and Thompson
303 Jackson Hill at Memorial Drive
Suite 300
Houston, Texas   77007

MARTIN MARIETTA CORPORATION
James FitzSimons, Esquire   (No App. Rec'd)
Mendes & Mount
9107 Wilshire Boulevard
Beverly Hills, California   90210

PAUL HARDEMAN, INC.
(Unable to determine address
   or counsel)

JPML FORM 3

p. 1

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 614 -- In re Titan II Missile Explosion at Damascus, Arkansas on September 19, 1980

| | Name of Party | Named as Party in Following Actions |
|---|---|---|
| ✓ | Martin Marietta Corp. | A-1, A-2 A-3 A-4 A-5 |
| ✓ | Fairchild Industries, Inc. | A-1 |
| ✓ | F.S. Division of Fairchild Industries, Inc. | A-1 |
| ✓ | ~~~~~:Theiokol Chemical Corp. | A-1 A-2 A-3, A-4 A-5 |
| ✓ | Ralph M. Parsons Co. | A-1 A-2 A-3 A-4 A-5 |
| ✓ | Arrowhead Products, Division of Federal-Mogul Corp. a/k/a Visirex, Inc. | A-1 |
| ✓ | The Garrett Corporation | A-1 |
| | Paul Hardeman, Inc. | A-1 |
| ✓ | Hydrodyne, Div. of F.P.I., Inc. | A-1 |
| | | |
| | | |