JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -4 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 614

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TITAN II MISSILE EXPLOSION AT DAMASCUS, ARKANSAS, ON SEPTEMBER 19, 1980

ORDER DEEMING MOTION WITHDRAWN
AND
VACATING THE OCTOBER 23, 1984 HEARING

This matter is before the Panel pursuant to a motion under 28 U.S.C. §1407 by defendants Martin Marietta Corporation and Fairchild Industries, Inc., to transfer one action pending in the Western District of Texas and listed on the attached Schedule A to the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings with the four actions pending there and listed on the attached Schedule A. Movants report that the Arkansas actions have been resolved through settlement, and they request that they be permitted to withdraw their motion as moot.

IT IS ORDERED that movants' request to withdraw their motion be granted, and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the Hearing Order and attached Schedule filed on September 21, 1984, as amended on October 2, 1984, be, and the same hereby is, VACATED insofar as it relates to the above-captioned litigation.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-614 -- In re Titan II Missile Explosion at Demacus, Arkansas, on September 19, 1980

Western District of Texas

John Patrick Tallman, Jr. v. Martin Marietta Corporation, et al., C. A. No. SA-82-CA-617

Eastern District of Arkansas

Rex W. Hukle, et al. v. Martin Marietta Corporation, et al., C.A. No. LR-C-80-525

John Gregory Develin, et al. v. Martin Marietta Corporation, et al., C.A. No. LR-C-80-526

Donald R. Livingston, etc. v. Martin Marietta Corporation, et al., C.A. No. LR-C-81-101

Jeffrey K. Kennedy, et al. v. Martin Marietta Corporation, et al., C.A. No. LR-C-81-726